IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CATHERINE DAHLGREN                                              PLAINTIFF

v.                        CASE NO. 4:22-CV-00016-BSM

ST. FRANCIS HOUSE, INC.                                         DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE